1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
   MARK C. VALENZUELA,                 )
12                                     )   CASE NO.: C10-04426 JSC
              Plaintiff,               )
13                                     )   STIPULATION AND PROPOSED ORDER
         v.                            )   FOR A SECOND EXTENSION FOR
14                                     )   DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL J. ASTRUE,                  )   AND MEMORANDUM IN SUPPORT OF
15 Commissioner of                     )   CROSS-MOTION FOR SUMMARY
   Social Security,                    )   JUDGMENT AND IN OPPOSITION TO
16                                     )   PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.               )   JUDGMENT
17 _____ )

18
       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
19
   of the Court, that Defendant shall have a 30-day extension, or until August 17, 2011, in which to file his
20
   Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
21
   Opposition to Plaintiff's Motion for Summary Judgment.
22
       This is Defendant's second request for an extension of time in this matter.
23
                                          Respectfully submitted,
24
   Dated: July 14, 2011              */s/ Ann Rubinstein*
25                                       (as authorized via e-mail)
                                         ANN RUBINSTEIN
26                                       Attorney for Plaintiff

27

28

                                      MELINDA L. HAAG  
                                      United States Attorney

Dated: July 14, 2011         By */s/ Elizabeth Barry*  
                                        ELIZABETH BARRY  
                                        Special Assistant U.S. Attorney  
                                        Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 15, 2011                 *Jacqueline S. Corley*  
                                                JACQUELINE SCOTT CORLEY  
                                                UNITED STATES MAGISTRATE JUDGE